### Commonwealth ex rel. Hileman, Appellant, *v.* Russell.

Submitted September 12, 1966.

*Ronald Lee Hileman,* appellant, in propria persona; *R. Lee Ziegler,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Hornberger *v.* Myers, Appellant.

Argued September 12, 1966. *Alan J. Davis,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellant; *David H. Kubert,* for appellee.

Order affirmed.

### Commonwealth ex rel. Johnson, Appellant, *v.* Russell.

Submitted September 15, 1966.

*George Johnson,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.,* Assistant District Attorneys, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.